BYRNE, BOWMAN & FORSHAY, INC., et al., Appellants, v. 488 MADISON AVENUE, INC., Defendant, and ESQUIRE, INC., et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Cohn, Callahan, Breitel and Bastow, JJ.

In the Matter of BANK FOR SAVINGS, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.— Order unanimously affirmed with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Cohn, Callahan, Breitel and Bastow, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHRISTOPHER JOSEPH MAIKISCH, Indicted as CHRISTOPHER MAKISCH, Appellant.— Order unanimously affirmed. No opinion. Concur — Peck, P. J., Cohn, Callahan, Breitel and Bastow, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM ORENCHUK, Appellant, against EUGENE G. SCHULZ, as Judge of Bronx County Court, Respondent.— Order unanimously affirmed. No opinion. Concur — Peck, P. J., Cohn, Callahan, Breitel and Bastow, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. PHILIP RAUER and EDMUND MEYER, Respondents.— At the time defendants moved to set aside the information of July 2, 1952, there were not pending against defendants two informations. The predicate for a motion under section 292-a of the Code of Criminal Procedure was therefore lacking. There was no prejudice to defendants in the handling of the informations and there is no reason why it should result in their release from prosecution. Order unanimously reversed and the informations reinstated. Concur — Peck, P. J., Cohn, Breitel and Rabin, JJ. [See *post*, p. 964.]

ESTHER HABERMAN, Suing in Her Own Behalf and on Behalf of All Others Similarly Situated, Appellant, v. CITY BANK FARMERS TRUST COMPANY, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Cohn, Breitel and Rabin, JJ. [See *post*, p. 1002.]

In the Matter of MAX WILE, Individually and as Chairman of the Tenants' Committee, Representing Various Tenants in the Hotel Olcott, Appellants, against JOSEPH D. McGOLDRICK, as State Rent Administrator, et al., Respondents.— There is no justification for disturbing the valuation of the property as now found by the State Rent Administrator since there was ample basis for such a finding. The administrator in determining what amount of rent would be required to afford the landlords a proper return has arrived at a figure which is well in excess of the 15% maximum increase allowable. That finding is sustained by the record. Order unanimously affirmed, with $20 costs and disbursements to the respondents. Concur — Peck, P. J., Cohn, Breitel and Rabin, JJ. [See *post*, p. 964.]